IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY GRACE LAURICH,

    Plaintiff,

vs.                                                 No. CIV 17-0150 JB/KRS

RED LOBSTER RESTAURANTS, LLC,
dba RED LOBSTER,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Joint Status Report, filed December 19, 2019 (Doc. 20)("Report"). In the Report, the parties notified the Court that all claims have been fully arbitrated and decided. See Report at 1. The parties "respectfully request that this Court dismiss this matter with prejudice." Report at 1. With no more issues, parties, or claims before the Court, the Court dismisses this case with prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) the Plaintiff's claims against the Defendant are dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

*Counsel*:

Sam Bregman
The Bregman Law Firm, P.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Charlotte A. Lamont
Littler Mendelson, P.C.
Albuquerque, New Mexico

    *Attorney for the Defendant*